UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re
ALTANATURAL CORPORATION
        Plaintiff/Appellee,

vs.

NEW INVESTMENTS, INC.
        Defendant/Appellant.

Case No. 2:16-cv-01368-RAJ

**ORDER REMANDING CASE TO BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON PURSUANT TO NINTH CIRCUIT MANDATE**

## I. INTRODUCTION

This matter comes before the Court following a reversal and remand on appeal from the Ninth Circuit. Dkt. # 41, 42. On March 13, 2018, this Court entered judgment in favor of Plaintiff Altanatural Corporation and against Defendant New Investments, Inc, affirming a judgment of the Bankruptcy Court for the Western District of Washington. Dkt. # 25.

On April 6, 2018, Defendant appealed. Dkt. # 28. The Ninth Circuit Court of Appeals vacated, in part, this Court's Order affirming the judgment of the bankruptcy court. Dkt. # 42. Specifically, the Ninth Circuit held that the bankruptcy court may have erred in calculating expectation damages by failing to account for Altanatural's savings.

ORDER – 1

*Id.* at 6. The Ninth Circuit remanded to this Court with instructions to remand the action to the Bankruptcy Court for the Western District of Washington for a determination of whether modification of the judgment would be appropriate to account for Altanatural's savings. *Id.*

Accordingly, the clerk is directed to remand this case to the Bankruptcy Court for the Western District of Washington.

DATED this 30th day of July, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 2